IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**RYAN BEAU MONTOYA,**<br>Defendant. | ) | Criminal No. 26-mj-03246-GJF |

UNITED STATES' NOTICE OF APPEAL
AND MOTION TO STAY ORDER SETTING CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3145(a), the United States hereby gives notice of its intent to seek review of Chief United States Magistrate Judge Gregory B. Wormuth's October 19, 2026, decision setting conditions of release in the above-captioned matter. On October 19, 2026, after holding a Detention Hearing, Judge Gregory B. Wormuth ruled that the defendant could be released to a halfway house as directed by pretrial services. The United States hereby appeals to the United States District Court for the District of New Mexico from Judge Wormuth's October 19, 2026, Oral Order Setting Conditions of Release, and any subsequent written Order that memorializes the ruling, and moves this Court for an Order staying execution of the Order Setting Conditions of Release.

WHEREFORE the United States respectfully requests that the Court enter an Order staying its release order pending the briefing and resolution of this matter.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney
***/s/ Electronically Filed 10/19/26***
SILVIA DELGADO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Telephone

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

***/s/ Electronically Filed 10/19/26***
SILVIA DELGADO
Assistant United Staes Attorney