IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 26-MJ-03426-GBW |
| | ) | |
| vs. | ) | |
| | ) | |
| **RYAN BEAU MONTOYA**, | ) | |
| | ) | |
| Defendant. | ) | |

PROTECTIVE ORDER

THIS MATTER came before the Court on the United States' Unopposed Motion for Protective Order (Doc. 20; filed October 20, 2026). The Court having reviewed the motion, noting that it is unopposed, and being fully advised on the premises, finds the motion is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that defense counsel shall (1) restrict access to the disclosed material or it content to themselves, their investigator, and an expert qualified to provide opinion testimony at trial based on this material; (2) review the disclosed material and its content with the defendant only under circumstances where no other person will view it and not provide the defendant with a copy of the material to keep in his possession; and (3) refrain from reproducing or otherwise disclosing information revealed in the material under any circumstances except as evidence during the trial of this matter without prior permission from the Court.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE