**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 26-MJ-3246-GBW

v.

RYAN BEAU MONTOYA,

Defendants.

**WITHDRAWAL OF UNITED STATES' NOTICE OF APPEAL**

The United States hereby files this notice of withdrawal of its notice to appeal the Honorable Gregory Wormuth's October 19, 2026, Order releasing Defendant RYAN BEAU MONTOYA pending his trial in this matter.

As such, the United States will not seek to appeal the current release order for RYAN BEAU MONTOYA releasing him to the custody of the halfway house.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

/s/ ***Clara N. Cobos***
Clara N. Cobos
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/ ***Clara N. Cobos***
Assistant U.S. Attorney